**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MILLICENT E. PERKINS**                                                                               **PLAINTIFF**

**VERSUS**                                                               **CIVIL ACTION NO. 2:04CV75-P-A**

**DOLLAR TREE STORES, INC.**                                            **DEFENDANT**

## FINAL JUDGMENT

This cause came on for hearing on defendant's Motion for Summary Judgment [28-1]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the defendant's Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Summary Judgment [28-1] is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

This, the 23rd day of May, 2005.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE